```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 06479
    MARIBEL DOMINGUEZ
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-3753

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 04/11/2007 and was confirmed 06/04/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was completed - no discharge 05/12/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED            1300.00         83.30        1300.00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG          .00           .00            .00
WILSHIRE CREDIT CORPORAT   UNSECURED         NOT FILED          .00            .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE       454.25           .00         454.25
PIERCE & ASSOC             NOTICE ONLY       NOT FILED          .00            .00
AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED          .00            .00
ARM                        UNSECURED         NOT FILED          .00            .00
BALLYS TOTAL FITNESS       UNSECURED         NOT FILED          .00            .00
BALLYS TOTAL FITNESS       UNSECURED         NOT FILED          .00            .00
BANCO POPULAR              UNSECURED         NOT FILED          .00            .00
US CELLULAR                UNSECURED         NOT FILED          .00            .00
FIRST PREIMER BANK         UNSECURED           429.64           .00         429.64
WEST SUBURBAN MEDICAL CE   UNSECURED         NOT FILED          .00            .00
WEST SUBURBAN MEDICAL CE   UNSECURED         NOT FILED          .00            .00
WEST SUBURBAN MEDICAL CE   UNSECURED         NOT FILED          .00            .00
PFF EMERGENCY SERVICES     UNSECURED         NOT FILED          .00            .00
NICOR GAS                  UNSECURED          2082.91           .00         2082.91
ROUNDUP FUNDING LLC        UNSECURED           475.08           .00          475.08
WEST SIDE EMERGENCY PHYS   UNSECURED         NOT FILED          .00            .00
WEST SIDE EMERGENCY PHYS   UNSECURED         NOT FILED          .00            .00
WEST SIDE EMERGENCY PHYS   UNSECURED           836.00           .00          836.00
WILSHIRE CREDIT CORPORAT   NOTICE ONLY       NOT FILED          .00            .00
NEAL FELD                  DEBTOR ATTY        1,415.00                     1,415.00
TOM VAUGHN                 TRUSTEE                                           527.44
DEBTOR REFUND              REFUND                                            285.02

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 7,888.64
```

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 06479 MARIBEL DOMINGUEZ

```
PRIORITY                                                            .00
SECURED                                                        1,754.25
    INTEREST                                                      83.30
UNSECURED                                                      3,823.63
ADMINISTRATIVE                                                 1,415.00
TRUSTEE COMPENSATION                                             527.44
DEBTOR REFUND                                                    285.02
                                    ---------------    ---------------
TOTALS                                     7,888.64           7,888.64
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 11/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 07 B 06479 MARIBEL DOMINGUEZ